STROOCK & STROOCK & LAVAN LLP
ARJUN P. RAO (State Bar No. 265347)
JULIETA STEPANYAN (State Bar No. 280691)
HOLLY A. FARLESS (State Bar No. 312818)
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone: 310.556.5800
Facsimile: 310.556.5959
Email: *lacalendar@stroock.com*

Attorneys for Defendant
  CHASE BANK USA, N.A.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SCOTT,<br><br>    Plaintiff,<br><br>  v.<br><br>CHASE BANK USA, N.A.,<br><br>    Defendant. | Case No. 2:18-cv-02804-TLN-EFB<br><br>**STIPULATION AND ORDER FOR FURTHER EXTENSION OF TIME FROM DECEMBER 11, 2018 TO JANUARY 10, 2019 TO FILE INITIAL RESPONSE TO THE COMPLAINT**<br><br>**[Pursuant to E.D. Cal. Local Rule 144(a)]**<br><br>Action Filed: October 19, 2018 |

Plaintiff Robert Scott ("Plaintiff") and defendant Chase Bank USA, N.A. ("Chase"; and together with Plaintiff, the "Parties"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed the Complaint in this action on October 19, 2018, in the United States District Court for the Eastern District of California;

WHEREAS, Chase was served with the Complaint on October 23, 2018;

WHEREAS, pursuant to Local Rule 144(a), the Parties, through their respective counsel of record, previously agreed to extend Chase's deadline to respond to the complaint by twenty-eight days, to and including December 11, 2018;

WHEREAS, the Parties are actively engaged in settlement negotiations and require additional time to attempt to reach a resolution of Plaintiff's claims without further involvement of the Court;

WHEREAS, the Parties, through their respective counsel of record, have agreed to extend Chase's deadline to respond to the Complaint by an additional thirty (30) days, to and including January 10, 2019; and

WHEREAS, this Stipulation is made without prejudice to, or waiver of, any rights or defenses otherwise available to the Parties in this action, including without limitation to any challenge to jurisdiction or venue authorized by Federal Rule of Civil Procedure 12(b).

IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel of record, that Chase shall have an additional thirty (30) day extension of time, to and including January 10, 2019, to respond to the Complaint, by motion, answer, or otherwise.

//
//
//
//
//
//

**IT IS SO STIPULATED.**

Dated: December 7, 2018	STROOCK & STROOCK & LAVAN LLP
	ARJUN P. RAO
	JULIETA STEPANYAN
	HOLLY A. FARLESS

	By:	*/s/ Julieta Stepanyan*
		Julieta Stepanyan

	Attorneys for Defendant
	  CHASE BANK USA, N.A.

Dated: December 7, 2018	KROHN & MOSS, LTD.

	By:	*/s/ Taylor Tieman* (as authorized on 12/7/18)
		Taylor Tieman

	Attorneys for Plaintiff
	  ROBERT SCOTT

**IT IS SO ORDERED.**

Dated: December 18, 2018

	Troy L. Nunley
	United States District Judge

LA 52210009